JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HAMID ZEHTAB,<br><br>                    Plaintiff,<br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 8:19-cv-01649-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1  Having reviewed and considered the parties' stipulation of dismissal, the
2  Court GRANTS the stipulation and orders this matter DISMISSED WITH
3  PREJUDICE in its entirety pursuant to Federal Rule of Civil Procedure 41(a).  Each
4  side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE